```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19423
   WILMA J GEORGE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0289


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 05/18/2004 and was confirmed 07/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/29/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED              .00            .00            .00
FAIRLANE CREDIT LLC        SECURED          8900.00        5619.70        2996.61
FAIRLANE CREDIT LLC        UNSECURED        4357.97            .00            .00
AT&T CREDIT MANAGEMENT     UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED        1146.56            .00            .00
FRIEDMAN & WEXLER          NOTICE ONLY    NOT FILED           .00            .00
CARSON PIRIE SCOTT         UNSECURED         967.99            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        6420.00            .00            .00
CURRIE MOTORS COUNTRYSID   UNSECURED        3647.60            .00            .00
IMC PROPERTIES MANAGEMEN   UNSECURED       NOT FILED           .00            .00
LINCOLN PARK ANESTHESIA    UNSECURED       NOT FILED           .00            .00
LINCOLN PARK ANESTHESIA    NOTICE ONLY    NOT FILED           .00            .00
LORD & TAYLOR              UNSECURED         940.13            .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00            .00
MERCURY FINANCE CO/CPS     UNSECURED         976.36            .00            .00
PEOPLES GAS LIGHT & COKE   FILED LATE       2377.85            .00            .00
SBC MIDWEST                UNSECURED       NOT FILED           .00            .00
SBC                        NOTICE ONLY    NOT FILED           .00            .00
ST JOSEPH HOSPITAL         UNSECURED       NOT FILED           .00            .00
TJ MAXX                    UNSECURED       NOT FILED           .00            .00
TURNER ACCEPTANCE          UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF REV       FILED LATE           .00            .00            .00
ILLINOIS DEPT OF REV       FILED LATE           .00            .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,417.75                       2,417.75
TOM VAUGHN                 TRUSTEE                                          589.94
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    11,624.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19423 WILMA J GEORGE
```

```
PRIORITY                                                              .00
SECURED                                                          2,996.61
      INTEREST                                                   5,619.70
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,417.75
TRUSTEE COMPENSATION                                               589.94
DEBTOR REFUND                                                         .00
                                    ---------------       ---------------
TOTALS                                    11,624.00             11,624.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/05/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 19423 WILMA J GEORGE